THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM REED, Appellant. (Appeal No. 2.) [788 NYS2d 882]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered May 20, 2003. The judgment convicted defendant, upon his plea of guilty, of aggravated criminal contempt.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Reed* (15 AD3d 886 [2005]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Lawton, JJ.